UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PRECOSIA F. PERDIGUERRA, et al.,

Plaintiffs,

vs.

MERIDAS CAPITAL, INC., et al.,

Defendants.

Case No: C 09-4748 SBA

**ORDER SETTING BRIEFING SCHEDULE**

Defendant Meridas Capital, Inc., has filed a motion to dismiss or, in the alternative, a motion for a more definite statement. (Docket 8.) Plaintiffs shall file their opposition or statement of non-opposition to the motion by no later than November 20, 2009. The failure to file a timely response will be deemed to be a consent to the granting of the motion. Defendant shall file its reply by no later than December 4, 2009. Pursuant to Federal Rule of Civil Procedure 78(b), the Court may adjudicate the motion without oral argument. The parties are advised the consult the Court's website to determine whether an appearance on the motion is necessary.

        IT IS SO ORDERED.

Dated: November 3, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge