UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRECOSIA F. PERDIGUERRA, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MERIDAS CAPITAL, INC., et al.,<br><br>　　　　Defendants. | Case No: C 09-4748 SBA<br><br>**ORDER DISMISSING ACTION** |

Defendant Meridas Capital, Inc., has filed a motion to dismiss the first amended complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiffs subsequently filed a request for dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to file "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"  Since no summary judgment or answer has been filed in this action, Plaintiffs' request for dismissal is effective upon filing, without the necessity of Court approval. Accordingly,

IT IS HEREBY ORDERED THAT the instant action is DISMISSED WITHOUT PREJUDICE.  Defendant's motion to dismiss is DENIED AS MOOT.  The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: April 14, 2010

　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge